## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | * | |
| CORI RIGSBY AND KERRI RIGSBY | * | RELATORS/ |
| | * | COUNTER-DEFENDANTS |
| | * | |
| VS. | * | CASE NO. 1:06cv00433- HSO-RHW |
| | * | |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | DEFENDANT/ |
| | * | COUNTER-PLAINTIFF |
| and | * | |
| | * | |
| HAAG ENGINEERING CO. | * | DEFENDANT |

### HAAG ENGINEERING CO.'S NOTICE OF SETTLEMENT
### AND REQUEST FOR CONFERENCE

COMES NOW Defendant, Haag Engineering Co. ("Haag"), who hereby provides notice to the Court and all parties that Relators and Haag have agreed to settle the claims between them in this lawsuit.

Under the False Claims Act, the action against Haag may be dismissed only with the written consent of the Department of Justice. *See* 31 U.S.C. §3730(b)(1); *Searcy v. Philips Electronics North American Corp.*, 117 F.3d 154, 159-60 (5th Cir. 1997). The settlement agreement recognizes this limitation on the Relators' right to settle and provides the settlement agreement is effective upon the receipt of the written consent of the Department of Justice.

It is Haag's understanding the Relators have requested the Department of Justice to provide such written consent. Because trial is scheduled for March 25, 2013, Haag requests a conference with the Court and other interested parties, including Relators, State Farm Fire & Casualty Company, and the Department of Justice, to expedite consideration of this settlement.

WHEREFORE, PREMISES CONSIDERED, Haag requests this Court notice a conference with all interested parties in order to expedite consideration of Haag's settlement with Relators.

Respectfully submitted this 13th day of March, 2013.

                HAAG ENGINEERING CO.

By:   /s/ Kathryn Platt
LARRY G. CANADA (MSB #10480)
KATHRYN BREARD PLATT (MSB#102141)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
2510 14th Street, Suite 910
Gulfport, Mississippi 39501
Telephone: (228) 214-4250
Facsimile: (228) 214-9650
Email: lcanada@gjtbs.com
Email: kplatt@gjtbs.com
*Attorneys for Haag Engineering Co.*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney for Galloway, Johnson, Tompkins, Burr & Smith, has this day served a copy of the above and foregoing upon all counsel of record and other interested persons via the Court's Electronic Notification System.

**THIS** the 13th day of March, 2013.

    /s/ Kathryn Platt
KATHRYN BREARD PLATT (MSB#102141)