THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> Cori Rigsby, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE FARM INS. CO., et al. ) <br> ) <br> Defendants. ) <br> _____ ) | Civil No. 1:06cv433WJG-JMR |

## NOTICE OF THE UNITED STATES' CONSENT TO SETTLEMENT
## AND DISMISSAL OF HAAG ENGINEERING CO.

Having determined that the settlement between the relators and defendant Haag Engineering Co. is in the best interests of the United States, the government hereby provides its consent to the dismissal of Haag, with prejudice to the relators and without prejudice to the United States.

                                            Respectfully submitted,

                                            STUART F. DELERY
                                            Principal Deputy Assistant Attorney General

                                            GREGORY K. DAVIS
                                            United States Attorney
                                            Southern District of Mississippi

Dated:   March 20, 2013                  */s/ Lynn Murray*
                                            LYNN MURRAY
                                            Assistant United States Attorney
                                            188 East Capitol Street, Suite 500
                                            Jackson, MS   39201
                                            Telephone: (601) 965-4480
                                            Fax:   (601) 965-4409
                                            MS Bar #3690
                                            Lynn.Murray@usdoj.gov

<u>OF COUNSEL:</u>

MICHAEL D. GRANSTON
JUDITH RABINOWITZ
JAY D. MAJORS
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC   20044
Tel:   (202) 307-0264
Fax:   (202) 514-0280